Michael Mortimer [SBN 164092]
A.T. Kippes [SBN 171688]
THE BUSINESS LITIGATION GROUP LLP
351 California Street, Suite 500
Mail to: Post Office Box 2342
San Francisco, CA 94126-2342

(415) 398-5050; Telecopier: (415) 398-5088; sanfrancisco@att.net; businesslitigationgroup.com

Attorneys for Plaintiff Andre Finney

UNITED STATES DISTRICT COURT

Northern District of California - San Francisco Division

| | |
|---|---|
| Andre Finney,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L-3 Communications Corporation; Randtron Antenna Systems,<br><br>　　　　Defendants. | Case No.: C 06-02344 WHA<br><br>STIPULATION AND REQUEST TO DISMISS. |

It is hereby stipulated by and between the Parties to this action through their designated counsel that the above-captioned Complaint be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(A)(1).

WHEREFORE, Plaintiff and Defendant respectfully request this Court to dismiss, with prejudice, the entire action, *Finney v L3, et al* C 06-02344 WHA.

SO STIPULATED:

Dated: NOV. 29 2006       _____
                          MICHAEL MORTIMER
                          Attorneys for Plaintiff Andre Finney

Dated: 11/29/06           _____
                          RICHARD CURIALE
                          Attorneys for Defendant L3, et al.

Stipulation to Dismiss - *Finney v L3, et al* C 06-02344 WHA